**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050; Fax: (213) 788-4070

**FARUQI & FARUQI, LLP**
Lisa Omoto (SBN 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Tel: (424) 256-2884; Fax: (424) 256-2885

**BURSOR & FISHER, P.A.**
Neal J. Deckant (SBN 322946)
*ndeckant@bursor.com*
Brittany S. Scott (SBN 327132)
*bscott@bursor.com*
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455; Fax: (925) 407-2700

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LOCKLIN,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation; and FRUIT OF THE EARTH, INC., a corporation,<br><br>Defendants. | Case No. 3:21-cv-07936-TLT<br>Case Filed: October 8, 2021<br>FAC Filed: November 24, 2021<br>SAC Filed: April 22, 2022<br><br>*Assigned to Hon. Trina L. Thompson*<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Parties to the above-entitled action, Martin Locklin ("**Plaintiff**") and Target Corporation and Fruit of the Earth, Inc. ("**Defendants**") (collectively, the "**Parties**"), by and through their respective counsel of record, have reached an agreement to settle this action. Accordingly, Plaintiff files this notice of settlement, such that all upcoming dates and deadlines will vacate.

Dated: February 27, 2023                                   Respectfully submitted,

  /s/ Katherine A. Bruce
**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson
Katherine A. Bruce
Kelsey J. Elling

**BURSOR & FISHER, P.A.**
Neal J. Deckant
Brittany S. Scott

**FARUQI & FARUQI, LLP**
Lisa Omoto

*Attorneys for Plaintiff*